CHESTER D'AGOSTINO ET AL. *v.* CITY OF
NEW BRITAIN ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 7 Conn. App. 105, is denied.

*Joseph E. Skelly, Jr.,* in support of the petition.

*Harold J. Geragosian* and *Henry S. Zembko, Jr.,* in
opposition.

Decided June 12, 1986

JOHN F. CARR, JR. *v.* NICHOLAS TROTTA

The defendant's petition for certification for appeal
from the Appellate Court, 7 Conn. App. 272, is denied.

*Elliott B. Pollack,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided June 12, 1986

DONALD J. CHAIRAMONTE *v.* JOHN R. MANSON,
COMMISSIONER OF CORRECTION

The plaintiff's petition for certification for appeal
from the Appellate Court, 6 Conn. App. 476, is denied.

*Max F. Brunswick,* in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in
opposition.

Decided June 18, 1986